

FILED

OCT 24 2016

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DEBBIE WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, an independent agency of the United States Government,<br><br>Defendant. | No. CV 16-49-H-SEH<br><br>**ORDER** |

On October 24, 2016, the Court convened a preliminary pretrial conference in this matter. Plaintiff was represented by John C. Doubek, Esq. Defendant was represented by William Adam Duerk, Esq. During the conference, the Court apprised the parties' representatives of the following:

This action was filed on June 17, 2016.[1] The defendant named is United States Postal Service, an independent agency of the United States Government. The United States is the only proper party defendant in Federal Tort Claims Act[2] actions.[3] "A claim against the United States Postal Service in its own name is not a claim against the United States."[4]

ORDERED

The above-captioned matter is DISMISSED.

DATED this 24th day of October, 2016.

*signature*
SAM E. HADDON
United States District Judge

---

[1] Doc. 1.

[2] 28 U.S.C. §§ 1346(b), 2671–2680.

[3] *Kennedy v. U.S. Postal Service*, 145 F.3d 1077, 1078 (9th Cir. 1998).

[4] *Id.*